IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

NATALIE GONZALEZ,                      )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 )          CV 126-071
                                       )
SHANTONU BASU,                         )
                                       )
        Defendant.                     )
                            _____

**O R D E R**
                            _____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion.

Therefore, the Court **DISMISSES** the case and **CLOSES** this civil action.

SO ORDERED this 28th day of _____May_____, 2026, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA